IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
MARLENIS CARRASQUILLO-QUIÑONES
Defendant

CRIMINAL 13-0110CCC

**ORDER**

Having considered the Report and Recommendation filed on February 28, 2013 (**docket entry 7**) on a Rule 11 proceeding of defendant Marlenis Carrasquillo-Quiñones held before U.S. Magistrate Judge Bruce J. McGiverin on February 22, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 22, 2013. The **sentencing hearing is set for May 23, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 26, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge